UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL

| Case No. | **CV 19-7154-TJH** | Date | NOVEMBER 8, 2022 |
|---|---|---|---|
| Title | Koi Design LLC v. A. Douglas Mastroianni et al | | |

Present: The Honorable   TERRY J. HATTER, JR., UNITED STATES DISTRICT JUDGE

| Yolanda Skipper | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:   IN CHAMBERS - Order To Show Cause Re: Dismissal for Lack of Prosecution**

Counsel are hereby notified that pursuant to the Judge's directive, an Order To Show Cause re: dismissal for failure to prosecute as to the claims against Defendant Mastroianni.

Plaintiff's are ordered to show cause in writing on or before **November 21, 2022.**

cc:  all counsel